UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of BEVERLY B. MANN, Attorney-Respondent ) ) ) | |
| In the matter of a Petition for a Rule to Show Cause against: ) ) ) | No. 08 C 1627 |
| GINO AGNELLO, Clerk, United States Court of Appeals for the Seventh Circuit, FRANK H. EASTERBROOK, Chief Judge, and Circuit Judges MICHAEL S. KANNE, DANIEL A. MANION, KENNETH F. RIPPLE, ILANA D. ROVNER, DIANE P. WOOD, and ANN C. WILLIAMS. ) ) ) ) ) ) ) ) | Judge St. Eve<br><br>Formerly case No. M.R. 22285<br>(06 CH 38), Supreme Court of Illinois. |

**NOTICE OF MOTION**

Robert V. Verrando
Senior Counsel, Illinois ARDC
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601

Ronald Rascia
Assistant Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

Beverly B. Mann
P.O. Box 20
Whitmore Lake, Michigan 48189

PLEASE TAKE NOTICE that on Thursday, April 3, 2008, at 8:30 a.m. at the opening of court or as soon thereafter as counsel may be heard, I will appear before Judge St. Eve in the courtroom usually occupied by her in the Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present the MOTION OF THE UNITED STATES TO DISMISS, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Thomas P. Walsh
    THOMAS P. WALSH
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-5312
    thomas.walsh2@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

NOTICE OF MOTION; and

MOTION OF THE UNITED STATES TO DISMISS

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on March 25, 2008, to the following non-ECF filers:

| | |
|---|---|
| Beverly B. Mann<br>P.O. Box 20<br>Whitmore Lake, Michigan 48189 | Ronald Rascia<br>Assistant Illinois Attorney General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601 |
| Robert V. Verrando<br>Senior Counsel, Illinois ARDC<br>130 East Randolph Drive, Suite 1500<br>Chicago, Illinois 60601 | |

 s/ Thomas P. Walsh
THOMAS P. WALSH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-5312
thomas.walsh2@usdoj.gov