UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Beverly Mann
                     Plaintiff,

v.                                    Case No.: 1:08−cv−01627
                                         Honorable Amy J. St. Eve

Gino J Agnello, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Plaintiff's response to Defendants' Motion to Dismiss for Lack of Jurisdiction [3] is due on Wednesday, 4/9/2008. Defendants' reply is due on Wednesday, 4/16/2008. Hearing on motion set for 4/3/2008 is stricken. Status hearing is set for 5/14/2008 at 08:30 AM. Mailed notice(dl)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.