

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| In the Matter of BEVERLY B. MANN<br>Attorney-Respondent | |
| In the matter of a Petition for a Rule to<br>Show Cause against:<br><br>GINO AGNELLO, Clerk, United States Court<br>of Appeals for the Seventh Circuit, FRANK<br>H. EASTERBROOK, Chief Judge, and<br>Circuit Judges MICHAEL S. KANNE,<br>DANIEL A. MANION, KENNETH F.<br>RIPPLE, ILANA D. ROVNER, DIANE P.<br>WOOD, and ANN C. WILLIAMS. | No. 08 C 1627<br>Judge St. Eve<br>Magistrate Judge Cole<br><br><br>Formerly case No. M.R. 22285<br>(06 CH 38), Supreme Court of Illinois |

FILED
APR X 8 2008
Apr 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**MOTION FOR DISQUALIFICATION OF ALL DISTRICT AND MAGISTRATE JUDGES
WITHIN THE SEVENTH CIRCUIT**

Beverly Mann, *pro se*, moves pursuant to 28 U.S.C. § 455(a) for the disqualification of all district judges and magistrate judges with the Seventh Circuit. In support, she states the following:

Mann incorporates by reference and relies here upon the contents of her Response to Motion of the United States to Dismiss, which she is filing along with this motion. Section 455(a), titled "Disqualification of justice, judge, or magistrate judge," provides that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

The contents of Mann's Response to Motion of the United States to Dismiss make clear the need for disqualification of all district and magistrate judges within the Seventh Circuit, as the subpoenaed witnesses on whose behalf the United States has removed this matter to this court include several Seventh Circuit appellate judges, two of whom it is alleged in a related legal matter engaged in significant misconduct that may be criminal in nature and that imperil their

reputations and careers, six of whom are defendants in the related legal matter. The work of each district and magistrate judge within the Seventh Circuit is regularly reviewed on appeal by those judges.

The related legal matter is a lawsuit pending in the United States District Court for the Eastern District of Michigan, which is Mann's home district. A copy of the complaint in that case has been made a part of the record here, and the status of that case is summarized in Mann's Response to Motion of the United States to Dismiss, at p. 5, n. 1. Mann asks that this matter be transferred to that court and either combined with that lawsuit or handled as a separate matter there. In any event, she asks that all district and magistrate judges within the Seventh Circuit be disqualified in this matter.

Respectfully submitted,


s/Beverly Mann
Beverly Mann
*Pro se*
P.O. Box 20
Whitmore Lake, MI 48189
(248) 767-4895
beverlymann2@yahoo.com

## Certificate of Service

I certify that on April 8, 2008, I will file the foregoing with the Clerk of Court, and that on that date I will send notification via fax or email or U.S. mail to the following:

Thomas P. Walsh
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
thomas.walsh2@usdoj.gov

Clerk, Attorney Registration and
Disciplinary Commission of the
Illinois Supreme Court
130 East Randolph Drive, 11th Floor
Chicago, Illinois 60601

Robert V. Verrando
Senior Counsel, Illinois ARDC
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601

Ronald Rascia
Assistant Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601


s/ Beverly Mann
Beverly Mann
P.O. Box 20
Whitmore Lake, MI 48189
Ph: (248) 767-4895
beverlymann2@yahoo.com