# United States District Court
## Northern District of Illinois
### Eastern Division

Mann                                          **JUDGMENT IN A CIVIL CASE**

　　　　　v.                                  Case Number: 08 C 1627

Agnello, et al

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that The Court grants Respondents' motion to dismiss for lack of jurisdiction (R. 3-1). In addition, the Court denies (1) Petitioner's motion for remand (R. 8-1), (2) Petitioner's motion to disqualify all District and Magistrate Judges within the Seventh Circuit (R. 7-1), and (3) Petitioner's Motion for Declaratory Judgment (R. 11-1). Status hearing set for 6/11/2008 is stricken. Civil case terminated.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 5/21/2008                          _____
　　　　　　　　　　　　　　　　　　　　/s/ Theresa Hammonds, Deputy Clerk