UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

FILED
6-4-2008
JUN -4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| In the Matter of BEVERLY B. MANN<br>Attorney-Respondent | |
| In the matter of a Petition for a Rule to<br>Show Cause against:<br><br>GINO AGNELLO, Clerk, United States Court<br>of Appeals for the Seventh Circuit, FRANK<br>H. EASTERBROOK, Chief Judge, and<br>Circuit Judges MICHAEL S. KANNE,<br>DANIEL A. MANION, KENNETH F.<br>RIPPLE, ILANA D. ROVNER, DIANE P.<br>WOOD, and ANN C. WILLIAMS. | No. 08 C 1627<br>Judge St. Eve<br>Magistrate Judge Cole<br><br><br>Formerly case No. M.R. 22285<br>(06 CH 38), Supreme Court of Illinois |

## CORRECTION TO MOTION PURSUANT TO FED. R. CIV. P. 59(e) FOR RECONSIDERATION OF MAY 25, 2008 ORDER; MOTION FOR RECUSAL OF DISTRICT JUDGE AMY J. ST. EVE

Beverly Mann, *pro se*, submits the following correction to her Motion Pursuant to Fed. R. Civ. P. 59(e) for Reconsideration of May 25, 2008 Order; Motion for Recusal of District Judge Amy J. St. Eve, filed on June 2 and docketed on June 4:

Footnote 1 at p. 1 should read:

> [1] Because Mann is barred permanently by the Court of Appeals for the Seventh Circuit from filing an appeal in this or any matter, and is in fact barred permanently from filing "any papers" at all in any federal court within the Seventh Circuit, she is forwarding a copy of this motion to the chair of the Judicial Conference of the United States' Committee on Intercircuit Assignments, along with a cover letter stating that she has been barred from appealing from this court's orders, and asking that that Committee arrange for the reassignment of this matter to a judge outside the Seventh Circuit. (Mann also notes that she is free to collaterally challenge the order here in the Eastern District of Michigan, her home district, because, by none other than the Seventh Circuit's own precedent, any order that for whatever reason is non-appealable has no *res judicata* effect because it does not meet the full-and-fair-opportunity-to-litigate criteria for due process. See, e.g., *Foster v. Hill*, 497 F.3d 695 (2007); *Daniels v. Liberty Mut. Ins. Co.*, 484 F.3d 884 (7th Cir. 2007). See also RESTATEMENT (SECOND) OF JUDGMENTS § 28(1) (2007); *Kircher v. Putnam Funds Trust*, 547 U.S. 633, 126 S. Ct. 2145, 2156-57, 165 L. Ed. 2d 92 (2006). Nor in this case would it meet equal protection criteria either.)

The case citations in the original were erroneous. Mann supplied the wrong citations. She not supplies the correct ones.

Respectfully submitted,

s/Beverly Mann
Beverly Mann
*Pro se*
P.O. Box 20
Whitmore Lake, MI 48189
(248) 767-4895
beverlymann2@yahoo.com

## Certificate of Service

I certify that on June 4, 2008, I will file the foregoing with the Clerk of Court, and that on that date I will send notification via fax or email or U.S. mail to the following:

Thomas P. Walsh
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
thomas.walsh2@usdoj.gov

Clerk, Attorney Registration and
Disciplinary Commission of the
Illinois Supreme Court
130 East Randolph Drive, 11th Floor
Chicago, Illinois 60601

Robert V. Verrando
Senior Counsel, Illinois ARDC
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601

Ronald Rascia
Assistant Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601


s/ Beverly Mann
Beverly Mann
P.O. Box 20
Whitmore Lake, MI 48189
Ph: (248) 767-4895
beverlymann2@yahoo.com